UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:  
Diego L Ospina and  
Maria C Ospina-Arbelaez  

Case No. 6:18-bk-03304-KSJ  
Chapter 13

_____Debtors._____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S
CHAPTER 13 PLAN OF REORGANIZATION**

Comes now Wells Fargo USA Holdings, Inc., by and through its undersigned attorney, and hereby files its objection to confirmation of Debtor's Chapter 13 plan of Reorganization (Doc. No. 15) and states as follows:

1. The Debtors filed this joint case when they filed a voluntary petition under Chapter 13 of the Bankruptcy Code on June 1, 2018.

2. On June 29, 2018, Debtors filed their Chapter 13 plan, which proposed to make regular monthly mortgage payments for the homestead secured claim at Chapter 13 plan provision 5(a) in the amount of $2,531.95 and $0 secured arrearages. Debtors also indicated a conflicting intent to avoid the mortgage encumbering homestead real property at Chapter 13 plan provision section 3(e).

3. On July 12, 2018, Wells Fargo USA Holdings, Inc., being serviced through Wells Fargo Bank, N.A., filed its Proof of Claim (Claim 10-1) which listed a total secured claim of $325,190.66, a secured arrearage in the amount of $44,417.29 along with a regular mortgage post-petition payment in the amount of $2,421.45 per month for a mortgage encumbering real property collateral located at 205 Robin Lee RD, Oviedo, FL 32765.

4. Wells Fargo USA Holdings, Inc. objects to confirmation Debtor's Chapter 13 plan due to the fact that the plan violates 11 USC 1322(b)(2) anti-modification clause regarding first mortgages encumbering homestead real property and therefore by extension is not confirmable under 11 USC 1325(a)(1) as the plan does not comply with the provision of Chapter 13 of the Bankruptcy Code.

Wherefore, Wells Fargo USA Holdings, Inc. prays that this Honorable Court deny confirmation of Debtor's Chapter 13 plan as it is not confirmable due to violation of 11 USC 1322(b)(2) and 11 USC 1325(a)(1).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by First Class U.S. Mail or via CM/ECF electronic filing this 3rd day of August, 2018, to the following:

Diego L Ospina, 205 Robin Lee Road, Oviedo, FL 32765
Maria C Ospina-Arbelaez, 205 Robin Lee Road, Oviedo, FL 32765
James T. Harper, Jr., My Law Solution, PA, 350 Tangerine Ave, Ste 6, Merritt Island, FL 32953
Laurie Weatherford, Post Office Box 3450, Winter Park, FL 32790
United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

18-313286