ORDERED.

Dated:  October 22, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.: 6:18-bk-03304-KSJ

Diego L Ospina and
Maria C Ospina-Arbelaez,
     Debtor(s).
_____/

**ORDER GRANTING MOTION TO DETERMINE SECURED STATUS AND STRIP MORTGAGE LIEN OF WELLS FARGO BANK, NA (LENDER) (LOAN NUMBER ENDING IN 8092) (CLAIM 4) (RELATED PROPERTY 205 ROBIN LEE RD., OVIEDO, FL 32765) (DE 39)**

**THIS CASE** came on for consideration on Debtor's Motion to Determine Secured Status and Strip Mortgage Lien of Wells Fargo Bank, NA ("Lender") pursuant to Section 506 (a) of the Bankruptcy Code, (D.E. 39), and the motion was served on Wells Fargo Bank, NA, on September 13, 2018 pursuant to Local Rule 2002-4, which contained the negative notice legend informing the parties of their opportunity to object within thirty (30) days, plus an additional 3 days of the date of service, and no party having filed an objection; and the Court, therefore, considers the matter to be unopposed:

**THEREFORE IT IS ORDERED:**

1.    The Motion is **granted**.

2.    Wells Fargo Bank, NA. has a lien on the debtors' home located at 205 Robin Lee Road, Oviedo, FL 32765, which is legally described as:

```
LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS ALL THAT CERTAIN
PROPERTY SITUATED IN CITY OF OVIEDO IN THE COUNTY
OF SEMINOLE, AND STATE OF Florida
AND BEING DESCRIBED IN A DEED DATED 10/15/03 AND RECORDED 12/31/03
IN BOOK 5152 PAGE 664, AMONG THE LAND RECORDS OF THE COUNTY AND
STATE SET FORTH ABOVE, AND REFERENCED AS FOLLOWS:
LOT 20, BLOCK A, SUBDIVISION ROANN ESTATES, PLAT BOOK 19, PLAT PAGE 22
PARCEL ID: 30-21-31-502-0A00-0200
```

**"The Lien"**

3. Any Claim, filed by Wells Fargo Bank, NA, secured by a Lien recorded as CLERK'S 3 2005222751 in OR Book 06056, Pages 0770-0772, in the Public Records of Seminole County Florida shall be treated and allowed as an unsecured claim in this Chapter 13 case.

4. Creditor's Lien is void and automatically extinguished pursuant to 11 USC 506(d) upon the Trustee filing a notice of completion of the Chapter 13 Plan or upon further Order of this Court.

5. This Order shall have the same effect as a Satisfaction, and that recordation of a certified copy thereof along with the recordation of a certified copy of the Chapter 13 Trustee's notice of completion of the Chapter 13 Plan shall have the same effect as a Satisfaction when recorded in the Public Records of Osceola County Florida.

Attorney James T. Harper, Jr. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.